# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MATTHEW J. LINDSAY,

                Plaintiff,

    v.

DONALD J. TRUMP, et al.,

                Defendants.

CASE NO. C18-0137-JCC

ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's application to proceed IFP (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 5th day of February, 2018.

                                            Mary Alice Theiler
                                            United States Magistrate Judge