UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JAMES LINDSEY,<br><br>Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | CASE NO. C18-0137-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for extension of time to respond (Dkt. No. 8). On January 30, 2018, Plaintiff filed an *in forma pauperis* complaint against President Donald J. Trump and other members of the executive branch. (Dkt. No. 1-1.) On February 7, 2018, after review pursuant to 28 U.S.C. § 1915(e)(2), the Court directed Plaintiff to file an amended complaint within 14 days. (Dkt. No. 5.) Plaintiff failed to do so, and the Court subsequently dismissed his complaint without prejudice and without leave to amend. (Dkt. No. 6.) After the deadline for filing an amended complaint had passed, Plaintiff filed this motion to extend the time to file an amended complaint. (Dkt. No. 8.)

The Court DENIES Plaintiff's motion for two reasons. First, Plaintiff did not file his motion to extend within the 14-day deadline established by the Court's prior order. (Dkt. No. 5.)

Second, and more importantly, Plaintiff does not provide a basis to grant an extension of time. (*See* Dkt. No. 8.) Plaintiff does not articulate a single reason in his motion for why he needs an extension of time. (*Id.*) In addition, the Court cannot view Plaintiff's motion as an amended complaint because it suffers from the same deficiencies as his prior complaint—namely, that it fails to state a claim upon which relief can be granted. (*See id.*; Dkt. No. 6.)

For those reasons, the Court does not find a basis to grant Plaintiff additional time to file an amended complaint. Plaintiff's motion for an extension of time (Dkt. No. 8) is DENIED. Plaintiff must file a new complaint in order to bring his claims.

DATED this 26th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk